[No. 1763-1.    Division One—Panel 1.    March 5, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A. BISI, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 5065, Phillip G. Sheridan, J., entered May 22, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and James, JJ.

[No. 787-2.    Division Two.    March 6, 1973.]

SHERMAN DALSGAARD, *Appellant,* v. LOUISE RISHEL *et al.,* *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 203628, William L. Brown, Jr., J., entered April 24, 1972. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 542-3.    Division Three.    March 15, 1973.]

NELS CHRISTENSEN, *Appellant,* v. JESSIE LEPLEY, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 25953, Lawrence Leahy, J., entered June 16, 1971. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 1220-1.    Division One—Panel 1.    March 19, 1973.]

BLAINE McCOOL *et al., Appellants,* v. ALMA RICHIE *et al., Defendants,* H. W. BLACKSTOCK LUMBER Co., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 709908, F. A. Walterskirchen, J., entered June 21, 1971. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.